# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 50125 | **DATE** | 6/6/2012 |
| **CASE TITLE** | Rotolo v. Kopnick | | |

**DOCKET ENTRY TEXT:**

This case has been reported settled. The parties are directed to file a stipulation with the court by 7/2/2012, and to send a paper courtesy copy to the court. If the parties fail to file the stipulation and this court does not extend the period of time for filing the stipulation, the Clerk's Office is directed to enter an order of dismissal with prejudice and judgment. Each party shall bear its own costs, unless otherwise provided in the settlement documents. Due to the settlement of this case, any pending motions are now moot and all court dates are canceled.

Docketing to mail notices.

| | Courtroom Deputy Initials: | sb |
|---|---|---|