UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS - WESTERN DIVISION

| | |
|---|---|
| BRENDA ROTOLO, Independent Administrator of the Estate of ANDREW ROTOLO, Deceased,<br><br>          Plaintiff,<br><br>vs.<br><br>MITCHELL A. KOPNICK, M.D., DEAN HEALTH SYSTEMS, INC., a Corporation, and WISCONSIN INJURED PATIENTS AND FAMILIES COMPENSATION FUND,<br><br>          Defendants. | Court No: 3:09 cv 50125 |

## PARTIES JOINT STIPULATION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) the parties hereby stipulate to the dismissal of the above-captioned matter in its entirety, with prejudice and pursuant to settlement, with each party to bear its own fees and costs.

_____
Attorney for Plaintiff

Robert R. Duncan
**DUNCAN LAW GROUP, LLC**
22 W. Washington, Suite 1500
Chicago, IL 60602

_____
Attorney for Defendants Kopnick
and Dean

Cassiday Schade, LLP
1870 Winchester Road
Suite 148
Libertyville, IL 60048

_[signature]_
Attorney for Defendant Fund

Hinshaw & Culbertson LLP
100 Park Avenue
P.O. Box 1389
Rockford, Illinois 61105-1389