UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS - WESTERN DIVISION

| | |
|---|---|
| BRENDA ROTOLO, Independent Administrator of the Estate of ANDREW ROTOLO, Deceased,<br><br>                Plaintiff,<br><br>vs.<br><br>MITCHELL A. KOPNICK, M.D., et al.,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Court No: 3:09-cv-50125<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

To:     Laura Platt
          Marc F. Benjoya
          Cassiday Schade, LLP
          1870 Winchester Road
          Suite 148
          Libertyville, IL 60048

       PLEASE TAKE NOTICE that on June 28, 2012, the undersigned caused to be filed with the United States District Court, Northern District of Illinois, Western Division, **Parties Joint Stipulation to Dismiss**, a copy of which is attached hereto and hereby served upon you.

                                                       Respectfully submitted:

                                                       s/ Robert R. Duncan
                                                       Robert R. Duncan, #6277407
                                                       Attorneys for Plaintiff
                                                       DUNCAN LAW GROUP, LLC
                                                       22 W. Washington, Suite 1500
                                                       Chicago, IL 60602

## CERTIFICATE OF SERVICE

      I hereby certify that on June 28, 2012, I filed **Parties Joint Stipulation to Dismiss** with the Clerk of the Northern District of Illinois, using the CM/ECF system, which will notify via email the following registered participants:

      Marc F. Benjoya
      Cassiday Schade, LLP
      1870 Winchester Road
      Suite 148
      Libertyville, IL 60048

      Daniel Wiesch
      Hinshaw & Culbertson LLP
      100 Park Ave.
      P.O. Box 1389
      Rockford, IL 61105

      Respectfully submitted,

      s/ Robert R. Duncan
      Robert R. Duncan, #6277407
      DUNCAN LAW GROUP, LLC
      22 W. Washington Street
      Suite 1500
      Chicago, IL 60602
      Phone: (312) 262-5841
      Fax: (312) 854-8001
      e-mail: rrd@duncanlawgroup.com