Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 50125 | **DATE** | 7/2/2012 |
| **CASE TITLE** | Rotolo vs. Kopnick | | |

**DOCKET ENTRY TEXT:**

Pursuant to stipulation of parties, this case is dismissed with prejudice.

Docketing to mail notices.

*[signature]*

| | Courtroom Deputy Initials: | sb |
|---|---|---|